**Order entered March 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01256-CV

**ALFREDO CORNEJO, Appellant**

**V.**

**ANTHONY JONES, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02958-A**

## ORDER

We **GRANT** appellee's March 8, 2013 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellee on March 13, 2013 filed as of the date of this order.

/s/      DAVID LEWIS
JUSTICE